[No. 21623-3-III.   Division Three.   December 22, 2004.]

*In the Matter of the Personal Restraint of* DANIEL THAYER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 21687-0-III.   Division Three.   December 22, 2004.]

*In the Matter of the Personal Restraint of* CARL YOUNG LANGENDORF, *Petitioner.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 12, 2005.

[No. 21688-8-III.   Division Three.   December 22, 2004.]

*In the Matter of the Personal Restraint of* TIMOTHY K. GARDNER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 21825-2-III.   Division Three.   December 22, 2004.]

*In the Matter of the Personal Restraint of* ROBERT LAWRENCE McNAIRY, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 21941-1-III.   Division Three.   December 22, 2004.]

*In the Matter of the Personal Restraint of* KENNETH EARLE GALLOWAY, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.